**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Guy R. Humphrey
United States Bankruptcy Judge

**Dated: February 04, 2010**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>   Brian Scott Moore<br>   Holly Christine Moore<br><br>                       Debtors | CASE NO: 09-31342<br>        (Chapter 13)<br><br>JUDGE GUY R. HUMPHREY<br>                                       T1XX8X |

AGREED ORDER DISMISSING CASE

This matter is scheduled for hearing on February 4, 2010 upon the Chapter 13 Trustee's Motion to Dismiss (Doc. 33), and the Debtors' response thereto (Doc. 34) filed on January 7, 2010 and upon agreement of the parties,

IT IS ORDERED that:

1) the Chapter 13 Trustee's Motion to Dismiss is hereby granted;

2) the case be and hereby is dismissed.

IT IS SO ORDERED.

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner 0022205
CHAPTER 13 TRUSTEE
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

/s/ WAYNE P NOVICK

WAYNE P NOVICK  #0030248
Attorney for Debtors
2135 MIAMISBURG-CENTERVILLE RD
CENTERVILLE, OH  45459
(937)436-2606   Fax (937)436-4602
email: GRATEFULLAWYER2@aol.com

Copies To:

09-31342

JEFFREY M. KELLNER
CHAPTER 13 TRUSTEE
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

Brian Scott Moore
Holly Christine Moore
2550 Farmersville Johnsville Road
Farmersville, OH  45325

WAYNE P NOVICK
2135 MIAMISBURG-CENTERVILLE RD
CENTERVILLE, OH  45459

(81.1n)
GE MONEY BANK
% RECOVERY MANAGEMENT SYSTEMS
25 SE 2ND AVE   SUITE 1120
MIAMI, FL  33131

(87.1n)
OHIO DEPT OF TAXATION
% RAYMOND J PIKNA JR
600 VINE ST STE 2500
CINCINNATI, OH  45202

0931342_347_20100202_083633_999/T415_gm
###